Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★



★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00723-CV

**CMR ENERGY, L.P.**,
Appellant

v.

Martin **GUAJARDO** and Celia Guajardo,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 06-06-21768-MCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed: March 17, 2010

JOINT MOTION TO REVERSE AND REMAND GRANTED; REVERSED AND REMANDED

The parties have filed a joint motion stating they have fully resolved and settled all issues in dispute. The parties ask that we reverse the trial court's judgment and remand the cause to the trial court for entry of a take nothing judgment in accordance with the settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties have also asked that we release and discharge CMR Energy, L.P., as principal, and Travelers Casualty and Surety Company of America, as surety, from the

supersedeas bond filed to suspend execution of judgment. The parties have agreed that each party will bear its own costs.

We grant the motion. The judgment of the trial court is reversed and the cause is remanded to the trial court for entry of a take nothing judgment in accordance with the parties' settlement agreement. The supersedeas bond filed by CMR Energy, L.P., as principal, and Travelers Casualty and Surety Company of America, as surety, is released and all obligations thereon are discharged. Costs of the appeal are taxed against the parties who incurred them. And, the clerk of this court, as requested by the parties, is ordered to issue the mandate contemporaneously with this opinion.

PER CURIAM